# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **TROY S. DAMIANO** | : | No. 07-153 |

# O R D E R

**AND NOW,** this 29th day of May, 2019, upon consideration of the Mr. Damiano's <u>pro se</u> petition for early termination of his term of supervised release (Doc. No. 23), the Government's response to the petition (Doc. No. 24), and the relevant sentencing factors of 18 U.S.C. § 3553(a), it is **ORDERED AND DECREED** that Mr. Damiano's petition is **DENIED** because there is nothing in the submission to the Court or in the earlier record of this case to suggest, much less satisfy, that the applicable justification(s) for early termination of supervised release exist here. The Court does note that Mr. Damiano's petition has been presented in an appropriate fashion, and the Court is hopeful that the remainder of Mr. Damiano's supervision term proceeds in a successful manner.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge