UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| TROY S. DOMIANO | : | No.  07-153 |

ORDER

AND NOW, this 28th day of August, 2020, upon consideration of <u>Pro Se</u> Second Motion for Early Termination of Supervised Release (Doc. No. 26), it is **ORDERED** that counsel for the Government shall file a response to the Motion on or before September 4, 2020. 18

BY THE COURT:

GENE E.K. PRATTER
United States District Judge