# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CRIMINAL NO. 07-153** |
| **TROY DAMIANO** | : | |

## ORDER

AND NOW, this      day of October, 2020, upon consideration of the defendant's motion for an uncontested order and the government's response to the motion, it is hereby ORDERED AND DECREED that the defendant's motion is DENIED.

BY THE COURT:

_____
HONORABLE GENE E.K. PRATTER
*Judge, United States District Court*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| v. | **:** | **CRIMINAL NO. 07-153** |
| **TROY DAMIANO** | **:** | |

### GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR AN UNCONTESTED ORDER

Defendant Troy Damiano seeks an "uncontested order" ending his supervised release on the grounds that the government did not timely respond to his second motion for such release. *See* Docket No. 28. However, the defendant's motion was never received by the government, which only learned about it upon being contacted by courthouse staff. Upon receiving the defendant's motion yesterday, the undersigned counsel immediately drafted a response, which was filed earlier today. The Court should thus deny the defendant's request for an "uncontested order."

Respectfully yours,

WILLIAM M. McSWAIN
United States Attorney


*/s Michael R. Miller*
MICHAEL R. MILLER
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading has been served by regular and electronic mail upon:

Troy S. Damiano
111 Gail Circle
Wyomissing, PA 19610
troy.damiano@gmail.com

*/s Michael R. Miller*
MICHAEL R. MILLER
Assistant United States Attorney

Dated:  October 2, 2020.