## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| TROY DAMIANO | : | No. 07-153 |

## ORDER

**AND NOW**, this _10th_ day of December, 2020, upon consideration of Defendant's Second Motion for Early Termination of Supervised Release (Doc. No. 26), the Government's Response in Opposition to the Second Motion (Doc. No. 30), Defendant's Reply to the Government (Doc. No. 32), the Government's Surreply in Opposition (Doc. No. 33), the relevant sentencing factors of 18 U.S.C. § 3553(a), Defendant's Motion for an "Uncontested Order" (Doc. No. 28), and the Government's Response in Opposition to the Motion for an "Uncontested Order" (Doc. No. 31), it is **ORDERED** that Defendant's Second Motion for Early Termination of Supervised Release (Doc. No. 26) and Defendant's Motion for an "Uncontested Order" (Doc. No. 28) are **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1